**FILED**

JAN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE U.S. DISTRICT COURT
AT WASHINGTON D.C.

08 0110

THE UNITED STATES

VS

JAMEY GOODING
MOVANT

DECLARATION IN SUPPORT TO PROCEED IN FORM PAUPERIS

I, JAMEY GOODING DECLARE THAT I AM THE MOVANT IN THE ABOVE ENTITLED CASE; THAT IN SUPPORT OF MY MOTION TO PROCEED WITHOUT BEING REQUIRED TO PREPAY FEES, COSTS OR GIVE SECURITY THEREBY, I STATE THAT BECAUSE OF MY POVERTY, I AM UNABLE TO PAY THE COSTS OF SAID PROCEEDING OR TO GIVE SECURITY THEREFOR, I BELIEVE I AM ENTITLED TO RELIEF.

I AM NOT PRESENTLY EMPLOYED
I DO NOT OWN ANY CASH, REAL ESTATE, STOCKS BONDS NOTES OR OTHER VALUABLE ASSETS.

I TRULY DECALRE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON 11-29-2007

*[signature: Jamey Oral Gooding]*
*Jamey Gooding*
*11-29-2007*

**RECEIVED**

DEC - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2