# Inmate Inquiry

PRINT

FILED

FEB - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 15155074 | **Current Institution:** | Memphis (Millington) SPC |
| **Inmate Name:** | GOODING, JAMES | **Housing Unit:** | MLL-C-C |
| **Report Date:** | 01/25/2008 | **Living Quarters:** | C05-012L |
| **Report Time:** | 9:15:08 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5038 |
| PAC #: | 931936327 |
| FRP Participation Status: | Completed |
| Arrived From: | BIG |
| Transferred To: | |
| Account Creation Date: | 3/12/2003 |
| Local Account Activation Date: | 10/23/2007 3:23:31 AM |
| Sort Codes: | |
| Last Account Update: | 1/22/2008 3:23:09 PM |
| Account Status: | Active |
| Phone Balance: | $0.17 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.93 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.93 |
| National 6 Months Deposits: | $1,348.99 |
| National 6 Months Withdrawals: | $1,381.02 |
| National 6 Months Avg Daily Balance: | $65.53 |
| Local Max. Balance - Prev. 30 Days: | $109.21 |
| Average Balance - Prev. 30 Days: | $41.34 |

5

## Commissary History

### Purchases

Validation Period Purchases: $5.40
YTD Purchases: $634.12
Last Sales Date: 1/22/2008 3:23:09 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $5.40
Remaining Spending Limit: $284.60

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Counselor Johnson | DATE: 1-24-08 |
|---|---|
| FROM: James Gooding | REGISTER NO.: 15155-074 |
| WORK ASSIGNMENT: Ed | UNIT: C-Unit |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

The Court is Requesting A Copy of My Trust fund Account Statement (or institutional equivalent) for the 6 month period. This Certified Copy Shall include the 3 month Here @ Millington + 3 months at Big Spring.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86

SF-95 CLAIM FOR DAMAGES-INJURY-DEATH
FACTS

CLAIM: ON OR ABOUT AUG 2005, PSYCHOLOGY DIRECTOR MS. TUBBS DID REFUSE TO TREAT MOVANT AT THE DIRECTION OF WARDEN JUSTICE FOR AILMENTS RECEIVED BY THE HAND OF FEDERAL PRISON INDUSTRY STAFF. MS. TUBBS INFORMED MOVANT THAT HIS CONDITION WAS NOT SERIOUS ENOUGH TO BE TREATED AND THAT THE NUMBER OF INMATES ON THE COMPOUND WOULD NOT GIVE HER ENOUGH TIME TO DEAL WITH MOVANTS ISSUES. MOVANT WROTE TO WARDEN JUSTICE AND COMPLAINED AND MADE A MEDICAL DECISION THAT MOVANTS HEALTH ISSUES WOULD BE BETTER DIAGNOSED BY THE HEALTH SERVICES DEPT. AT FCI BIG SPRING, TEXAS. WARDEN JUSTICE MADE A DIAGNOSIS IN WHICH THE WARDEN WAS NOT QUALIFIED TO MAKE AS WELL AS MS. TUBBS. THIS HAS ADVERSELY AFFECTED THE MOVANT IN THAT MOVANT WAS DENIED ADEQUATE MEDICAL CARE. MOVANT CONTINUES TO BE ADVERSELY AFFECTED BY THE DEFENDANTS JUDGMENT. MOVANT HAD TO REPORT TO HEALTH SERVICES FOR AILMENTS THAT ONLY THE PSYCHOLOGY DEPT. COULD ASSESS. MOVANT ASSERTS THAT THE JUDGEMENT BY THE WARDEN AND MS. TUBBS SHOWS DELIBERATE INDIFFERENCE TO MOVANT AND ASSERTS THAT MOVANT WILL NEED FUTURE CORRECTIVE TREATMENT IN ORDER TO DEAL WITH AILMENTS IN WHICH MS. TUBBS AND THE WARDEN REFUSED TO TREAT.

4W

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

NOV 2 1

| | |
|---|---|
| TO: (Name and Title of Staff Member) WARDERN JUSTICE | DATE: 19 NOV 2005 |
| FROM: JAMEYU GOODING | REGISTER NO.: 15155-074 |
| WORK ASSIGNMENT: UNICOR | UNIT: SUNSET |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I SPOKE WITH PSYCHOLOGY AS INSTRUCTED BY YOU. I INFORMED MS. TUBBS OF THE PROBLEMS WITH THE VA AND WITH UNICOR AND THE MILITARY. N I HAVE BEEN HAVING PROBLEMS WITH MY NERVES AND BLOOD PRESSURE. I SENT MS TUBBS A COP-OUT OVER TWO MONTHS AGO DATED 23 AUG 05. I SPOKE TO MS TUBBS AGAIN ON FRIDAY - *11 NOV 05. SHE STATED MY PROBLEMS WERE NOT A PRIORITY ADN THAT MY COP-OUT WAS IN A STACK ON HER DES K AND THAT I COULD SUBMIT ANOTHER COP-OUT OR WAIT UNTIL SHE HAD TIME TO DIG THRU THE STACK. CAN YOU GIVE ME AN ESTIMATED TIME IN WHICH I WILL BE ABLE TO GET TREATMENT FROM THE PSYCHOLOGIST?

(Do not write below this line)

DISPOSITION:

Medical Record Requests

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

SF-95 CLAIM FOR DAMAGES-INJURY-DEATH
FACTS

CLAIM: ON OR ABOUT 16 MAR 2006, MOVANT WROTE THE WARDEN(FCI BIG SPRING TEXAS), THE PROSECUTOR(MIDLAND TEXAS), THE INTERNAL AFFAIRS(WASHINGTON D.C.), THE OFFICE OF THE INSPECTOR GENERAL(WASHINGTON D.C.), AND INFORMED THEM OF THE HOMOSEXUAL HORSEPLAY, RACIAL SLURS, HORSEPLAY, DISCRIMINATION. THE ASSISTANT FACTORY MANAGER CARL BARNS ON OR ABOUT [illegible] DID PLACE HIS GENITAL AREA ON INMATES. CARL BARNS DID COMMIT SEXUAL HORSEPLAY WITH OTHER INMATES BY GRABBING INMATES BY THEIR BUTTOCKS AND BY TOUCHING OTHER INAMTES BUTTOCK AND TIEING BALLOONS WITH OBSCENE LANGUAGE ON THE BALLON AND ATTACHING IT TO INMATES BELT LOOPS. EVEN AFTER MOVANT COMPLAINED TO THE HEIARCHY, CARL BARNS CONTINUED TO EXHIBIT HIS SEXUAL PRACTICES AND INMATES CAME TO ME TO COMPLAIN. THESE WITNESSESS FEARED RETALIATION AND REQUESTED TO BE USED AT A LATER DATE. DUE TO THE CONTINUED HOMOSEXUAL BEHAVIOUR, MOVANT HAS BEEN ADVERSELY AFFECTED BY THE ACTIONS OF CARL BARNS AND WILL HAVE TO BE TREATED FOR HOMOPHOBIA AND PARANOIA AND WILL NEED FUTURE CORRECTIVE TREATMENT. CARL BARNS DID HORSEPLAY WITH AN INMATE BLACK AND ENDED UP FIRING HIM WHEN INMATE REFUSED TO CONTINUE THAT STYLE OF RELATIONSHIP. WHEN I INFORMED THE WARDEN OF THIS CONDUCT TOWARDS OTHER INMATES THE WARDEN TOLD THAT I SHOULD WORRY ABOUT MYSELF. THE CONDUCT OF CARL BARNS HAS CAUSED TRAUMA TO THE MOVANT AND MOVANT NEEDS PSYCHOLOGICAL TREATMENT.

ON OR ABOUT THE SAME TIME AS STATED ABOVE, MOVANT WAS ALSO ADVERSELY AFFECTED BY THE CONDUCT OF OFFICER CRAIG WYRICK. WYRICK, WOULD ALSO HORSEPLAY WITH THE INMATES AND MAKE THEM TO DO PUSH UPS WHEN THEY CAME IN LATE FROM LUNCH. WYRICK WOULD ALSO SPIT OUT RACIAL SLURS AT BLACK INMATES AND CALL INMATES NAMES. MOVANT WITNESSED OFFICER WYRICK CALL ONE INMATE NAMED BLACK A VOO DOO DOLL, AND CALLED HIM TO COME TOWARDS OFFICER BY USING THE NAME OF BLACKIE. A STATEMENT WAS MADE BY MOVANT TO SUPPORT THE

ACCUSATION.

OFFICER CAIN, WAS ALSO USING RACIAL SLURS AND HOMOSEXUAL WORDS TOWARDS ANOTHER INMATE IN MY PRESENCE. MOVANT WITNESSED OFFICER CAIN CALL ON E INMATE DANIEL GAINES A BLCK FAGOT. ALSO WITNESSED CAIN CALL ONE INMATE PARKER BLACK AS THE BASE BOARDS.

MOVANT HAS BEEN ADVERSELY AFFECTED BY THE CONDUCT OF THESE OFFICERS AND MOVANT HAS ALSO BEEN INJURED BY THE CONDUCT OF THESE OFFICERS AHD IS CURENTLY SUFFERING FROM STRESS, DEPRESSION, PARANOIA AND OTHER AILMENTS THAT MOVANT MAY NOTE EVEN BE AWARE OF AT THIS TIME.

***NOTE THAT EVEN AFTER THE OFFICE OF THE INSPECTOR GENRAL VISITED THE FPI INDUSTRY AT BIG SPRING, THESE OFFICERS CONTINUED TO EXHIBIT THIS UNPROFESSIONAL BEHAVIOUR, AND I HAVE WITNESSES WHO CAN BE CALLED.

**DECLARATION OF TRUTH BY**

**JAMES GOODING, #15155-074**

Declarant, hereby attests under penalty of perjury, 28 U.S.C.S. §1746, that the following is true, correct, and complete to the best of Declatant's firsthand knowledge and belief, and states :

Declarant knows ANTHONY THOMAS, and has been working with him in UNICOR (FPI). On or about the week of March 6,2006, Declarant personely witnessed C. WYRICK made racial slurs toward ANTHONY THOMAS, calling him VOO DOO DOLL, BLACKY. C. WYRICK horse plays with ANTHONY THOMAS by physicaly grabbing ANTHONY THOMAS as well as by putting his hands on ANTHONY THOMAS' shoulders and pinching his side.

That ANTHONY THOMAS warned C. WYRICK that he don't like to be grabbed by officers, and that he is not appreciated that Bureau of Prisons officers calling him racial slurs, and if this happens again then he will write C. WYRICK up and also will complain about such issue to his supervisor.

To the foregoing, Declarant would attest to the same before UNIT DISCIPLINARY COMMITTEE and a Court of law.

Declarant:

14 Mar 06

James Gooding
c/o USM #15155-074, Sunset Unit
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

Gooding, James
Reg. No.: 15155-074
Sunset 01-033L

**Inmate Request to Staff Member Response**

This is in response to your Inmate Request to Staff Member dated January 3, 2006, wherein you state you have anxiety and an increase in blood pressure.

The Health Services department has sick call on Monday, Tuesday, Thursday and Friday from 6:00am to 6:30am. If you feel you need assistance with a medical problem, you should report to Health Services and you will be evaluated for medical complaints.

James L. Carpenter
Acting HSA

Date: January 10, 2006

E-12

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

TO: (Name and Title of Staff Member) Director of Health Services

DATE: 2 May 06

FROM: Gooding James

REGISTER NO.: 15155-074

WORK ASSIGNMENT: Unicor

UNIT: Special Housing

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have already sent a Cop-out Concerning a twitch in my eye from horseplay by a Staff member + I have gone to sick call. My Cop-out has never been Returned. I Already Made Sick Call and I still have not Been Seen.

(Do not write below this line)

DISPOSITION:

Signature Staff Member

Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. **DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) Director of Health Services | DATE: 2 May 06 |
| FROM: Gooding James | REGISTER NO.: 15155-074 |
| WORK ASSIGNMENT: Unicor | UNIT: Spec. Housing |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am having Problems with Depression. All the Sexual Misconduct at my Job at Unicor, the Discrimination, Horseplay and Now my Neck injury AT Unicor has me to where I Can't Work! I have emotional Distress, nervousness, I'm breaking out in Rash on my Elbows + Hands and Pain in my Neck + Back. The pills for Anxiety are not working. I've filled out Sick calls But still have not been seen. I still need x-rays to See How Bad my neck injury is. I requested x-rays 2 weeks Ago. An Assessment should have been done immediately. Also on or About 24 Apr 06 An officer Came to my door at the special Housing Unit + Twisted my [illegible]lie's Arm. Ricardo Laguerra 44827-179 + almost Broke it. This may also Be Contributing

(Do not write below this line)

DISPOSITION:

I asked the provider assigned to Special Housing She Said you have not made sick call this week. You should do so.

| | |
|---|---|
| Signature Staff Member: Mary Whitley | Date: 5-10-06 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

SF-95 CLAIM FOR DAMAGES-INJURY-DEATH

FACTS

Mr. Huffman

CLAIM: ON OR ABOUT 19 APR 2006, MR. HUFFMAN DENIED MOVANT ACCESS TO HEALTH SERVICES AND ADEQUATE HEALTH CARE, FOLLOWING A SERIOUS ASSAULT BY HIS DETAIL SUPERVISOR. IN FURTHERANCE, HUFFMAN DID NOT PROVIDE MOVANT WITH AN ACCIDENT REPORT OR A OFFICIAL REPORT TO THE LOCAL POLICE DEPT. FOR SUCH AN CRIME OF ASSAULT. MR. HUFFMAN WAS TO REPORT ANY CRIME THAT WAS COMMITTED ON FFEDERAL PROPERTY TO LOCAL AUTHORITIES AND HIS IMMEDIATE SUPERVISOR AND THEN WRITE A REPORT CONCERNING THIS INCIDENT TO LOCAL AUTHORITIES AND TO GIVE TO INMATE THE ACCIDENT INJURY COMMITTEE SO THAT MOVANT COULD BE COMPENSATED FOR TIME OFF WHILE INJURED. BECAUSE THIS WAS DONE MOVANT WAS DENIED ADEQUATE CORRECTIVE PROCESS, DUE PROCESS WHICH ARE PROTECTED LIBERTY INTERESTS. MR. HUFFMAN WAS ALSO VERBALLY AVUSIVE TO MAVANT AND MOVANT REPORTED THIS TO THE WARDEN AND AS WITNESSED BY OTHER OFFICERS WHO I WILL NAME AT A LATER DATE WHO WILL ATTEST TO THE ABUSIVE LANGUAGE OF HUFFMAN. MR. HUFFMANS VERBAL ABUSE HAS CAUSED MOVANT TO SUFFER FROM DEPRESSION AND EMOTIONAL PROBLEMS THAT WILL REQUIRE FUTURE CORRECTIVE TREATMENT.

MR. HUFFMAN ALSO DID NOT RESTRAIN HIS STAFF WHEN THEY WERE ENGAGING IN HOMOSEXUAL HORSEPLAY, HORSEPLAY IN GENERAL, RACIAL SLURS. THUS HUFFMAN IS ALSO RESPONSIBLE FOR THE EMOTIONAL DISORDER AND OTHER MEDICAL ISSUES OF THE MOVANT.

HUFFMAN WAS ALSO RESPONSIBLE FOR HIS STAFF WHEN THEY DISCRIMINATED AGAINST MOVANT AND RETALIATED AGAINST MOVANT FOR THE EXERCISE OF MOVANTS 1ST AMENDMENT RIGHTS.

HUFFMAN AND HIS STAFF ARE ALSO RESPONSIBLE FOR MOVANT LOSING EDUCATIONAL BENEFITS. SEE ATTACHED

SF-95 CLAIM FOR DAMAGES-INJURY-DEATH
FACTS

LT Lara

CLAIM: ON OR ABOUT 20 MAR 2006, AND 20 OCT 2006, OFFICER - LT LARA DENIED MOVANT THE RIGHT TO BE FREE FROM BEING ADVERSELY AFFECTED. LT LARA PLACED MOVANT INTO ADMINISTRATIVE SEGREGATION FOR NO REASEON AND NO VIABLE REASON AND THEN REFUSED TO GIVE MOVANT A HEARING AS REQUIRED BY 28 CFR 541.23. MOVANT HS BEEN AND CONTINUES TO BE ADVERSELY AFFECTED. IN HEWITT V HELMS 459 US 470 - IT WA HELD THAT THE COURT FOUND A LIBERTY INTEREST IN REMAINING IN THE GENERAL POPULATION AS OPPOSED TO ADMINISTRATIVE SEGREGATION. LT LARA HELD NO REASON TO PLACE MOVANT IN SEGREGATION AND THEN FURTHERED DETENTION WITHOUT REASONABLE SUSPICION. THIS WAS DONE ON TWO OCCAISIONS. BECAUSE LT LARA PLACED MOVANT IN ADMINISTRATIVE SEGREGATION MOVANT LOSS EDUCATIONAL BENEFITS A MOVANT WAS PURSUING A ASSOCIATES DEGREE. MOVANT LOSS THE EARLIER STATUS OF BUNK UNICOR PAY WHICH HAS CAUSED MOVANT TO BE ADVERSELY AFFECTED. 3 MONTHS OF UNICOR PAY AND THE OTHER LOSSES DESCRIBED BY MOVANT IN THIS CASE HAS CAUSED MOVANT TO EXPERIENCE SERIOUS MEDICAL CONDITIONS IN WHICH MOVANT WILL NEED FUTURE CORRECTIVE TREATMENT. NOTE THAT LARA NEVER RESPONDED TO BP-8 FILED BY MOVANT NOR DID OFFICER LARA RESPOND TO COP-OUT REQUESTING THE NAMES OF THE PERSON WHO MADE THE PHONE CALL TO HAVE INMATE LOCKED UP AND VIOLATE MOVANTS RIGHTS.

SF-95 CLAIM FOR DAMAGES-INJURY-DEATH
FACTS

CLAIM: ON OR ABOUT 20 MAR 2006, AND 20 OCT 2006, OFFICER - LT LARA DENIED MOVANT THE RIGHT TO BE FREE FROM BEING ADVERSELY AFFECTED. LT LARA PLACED MOVANT INTO ADMINISTRATIVE SEGREGATION FOR NO REASEON AND NO VIABLE REASON AND THEN REFUSED TO GIVE MOVANT A HEARING AS REQUIRED BY 28 CFR 541.23. MOVANT HS BEEN AND CONTINUES TO BE ADVERSELY AFFECTED. IN HEWITT V HELMS 459 US 470 - IT WA HELD THAT THE COURT FOUND A LIBERTY INTEREST IN REMAINING IN THE GENERAL POPULATION AS OPPOSED TO ADMINISTRATIVE SEGREGATION. LT LARA HELD NO REASON TO PLACE MOVANT IN SEGREGATION AND THEN FURTHERED DETENTION WITHOUT REASONABLE SUSPICION. THIS WAS DONE ON TWO OCCAISIONS. BECAUSE LT LARA PLACED MOVANT IN ADMINISTRATIVE SEGREGATION MOVANT LOSS EDUCATIONAL BENEFITS A MOVANT WAS PURSUING A ASSOCIATES DEGREE. MOVANT LOSS THE EARLIER STATUS OF BUNK UNICOR PAY WHICH HAS CAUSED MOVANT TO BE ADVERSELY AFFECTED. 3 MONTHS OF UNICOR PAY AND THE OTHER LOSSES DESCRIBED BY MOVANT IN THIS CASE HAS CAUSED MOVANT TO EXPERIENCE SERIOUS MEDICAL CONDITIONS IN WHICH MOVANT WILL NEED FUTURE CORRECTIVE TREATMENT. NOTE THAT LARA NEVER RESPONDED TO BP-8 FILED BY MOVANT NOR DID OFFICER LARA RESPOND TO COP-OUT REQUESTING THE NAMES OF THE PERSON WHO MADE THE PHONE CALL TO HAVE INMATE LOCKED UP AND VIOLATE MOVANTS RIGHTS.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JAMEY GOODING (LAST NAME, FIRST, MIDDLE INITIAL) — 15155-074 (REG. NO.) — SUNSET R-1 (UNIT) — BIG SPRING (INSTITUTION)

Part A- INMATE REQUEST LT LARA AND UNIDENTIFIED UNICOR OFFICERS HAVE CAUSED INMATE GOODING TO BE ADVERSELY AFFECTED. ON MARCH 20, 2006 AND OCTOBER 20, 2006, LT LARA AND UNIDENTIFIED OFFICERS WHO ARE EMPLOYED AT UNICOR FPI CONSPIRED VIOLATE INMATE GOODING'S CONSTITUTIONAL RIGHT TO TO BE FREE FROM ARBITRARY ACTS OF OFFICERS WHO ACT UNDER THE COLOR OF LAW, DUE PROCESS - 4TH AND 5TH AMENDMENT. THESE OFFICERS PLACED INMATE GOODING IN THE SHU WITHOUT A HEARING TO DETERMINE IF INMATE WAS IN DANGER AS REQUIRED BY 28 CFR CH. 5 §541.23 WITHIN 7 DAYS OF DETENTION. LARA HAS REFUSED TO RESPOND TO INMATE COP-OUTS AND REQUESTS. INMATE GOODING WAS TOLD THAT NO-ONE KNOWS WHY I WAS PLACED IN THE SHU AND THAT IT WAS A BIG MIS-UNDERSTAnding. THIS NOT ONLY HAPPENED ONCE BUT TWICE. INMATE GOODING LOST 3 MONTHS OF UNICOR PAY AND INMATE WAS GOING TO SCHOOL AND LOST 9 CREDITS TOWARD SCHOOL AT THE COST OF THE GOV'T. INMATE GOODING ASSERTS THAT HE HAS BEEN ADVERSELY AFFECTED AND AGGRIEVED AND THAT THE OFFICERS HAD NO LEGAL STANDING NOR HAVE THEY PROVEN THAT THEY HAD GOOD REASON TO BELIEVE INMATE WAS IN DANGER AND ACTED WITHOUT AUTHORITY AND WITH MALICE IN DEPRIVING INMATE OF CONSTITUTIONALLY PROTECTED PROPERTY RIGHTS. LARA HAS NOT RESPONDED TO BP-8 FILED ON 19 DEC 2006 REQUESTING A TORT FOR THE DAMAGES CAUSED AND THE IDENTITY OF THE UN-NAMED OFFICERS WHO MADE THE ALLEGE PHONE CALL TO HAVE INMATE GOODING LOCKED UP. INMATE REQUESTS BACK PAY FROM UNICOR, THE UN-NAMED OFFICERS WHO MADE THE PHONE CALL AND TORT FOR DEPRIVATION OF PROPERTY, LETTERS OF REPRIMANDS PLACED IN EACH OFFICERS FILE FOR CONDUCT PROHIBITED BY 3420.09.

17 JAN 2007
DATE

SIGNATURE OF REQUESTER

Part B- RESPONSE

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER:

CASE NUMBER:

Part C- RECEIPT

Return to: LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

SF ATTACHMENT FORM 95

ON OR ABOUT MARCH 20, 2006 AND OCT 20, 2006 OFFICER LT FOR SIS LARA ENTERED INTO AN ONGOING CONSPIRACY TO DEPRIVE INMATE OF CONSTITUTIONALLY PROTECTED RIGHTS TO BE FREE FROM RETALIATION. OFFICER LARA ALONG WITH UNKNOWN OFFICERS HAD INMATE GOODING PLACED IN SPECIAL HOUSING ON TWO SEPARATE OCCAISIONS WHICH CAUSED INMATE GOODING TO BE ADVERSELY AFFECTED AND AGGRIEVED. THEREFORE I AM ADDING OFFICER LARA AND THESE TWO UNIDENTIFIED OFFICERS TO THIS TORT AT THIS TIME. THE INSTITUTIONA AND OFFICER LARA REFUSE TO REVEAL THE IDENTITIES OF THE TWO OFFICERS WHO CALLED AND AND GOVE OFFICER LARA INFORMATION OR THE ORDER TO HAVE INMATE PLACED INTO SPECIAL HOUSING. OFFICER LARA ALSO VIOLATED CFR WHEN OFFICER LARA REFUSED TO GRANT HEARING WITHIN 7 DAYS TO DETERMINE IF INAMTE WAS IN DANGER.

JAMEY GOODING
15155-074
13 FEB 2007

BP-S308.052 **ADMINISTRATIVE DETENTION ORDER** CDFRM
MAY 94

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**FCI Big Spring**
Institution

Date/Time: **October 20, 2006 (3:27pm)**

TO: Special Housing Unit Officer

FROM: **J. Lara, Lieutenant**, (Name/Title)

SUBJECT: Placement of **Gooding, James**, Reg. No. **15155-074**, in Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;
_____ (b) Is pending investigation of a violation of Bureau regulations;
_____ (c) Is pending investigation or trial for a criminal act;
XXXX (d) Is to be admitted to Administrative Detention

_____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.
_____ (f) Is pending classification; or PSY HOLD
_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

**YOU ARE BEING PLACED INTO THE SPECIAL HOUSING UNIT FOR AN SIS INVESTIGATION. YOU WILL BE NOTIFIED OF YOUR STATUS WHEN MORE INFORMATION IS AVAILABLE.**

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date/time) **October 20, 2006 (3:30pm)**
Staff Witness Signature/Printed Name **D. Norgren/** Date **October 20, 2006 (3:30pm)**

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File

(This form may be replicated via WP) Replaces BP-308(52) of JAN 88

FCI Big Spring, TX
INSTITUTION

DATE/TIME: April 20, 2006/ 2:00 PM

TO : SPECIAL HOUSING UNIT OFFICER

FROM : D. Norgren, Lieutenant , (NAME/TITLE)

SUBJECT : PLACEMENT OF: Gooding NO. 15155-074 IN ADMINISTRATIVE DETENTION

____ (A) IS PENDING A HEARING FOR A VIOLATION OF BUREAU REGULATIONS;
____ (B) IS PENDING INVESTIGATION OF A VIOLATION OF BUREAU REGULATIONS;
____ (C) IS PENDING INVESTIGATION OR TRIAL FOR A CRIMINAL ACT;
__X__ (D) IS TO BE ADMITTED TO ADMINISTRATIVE DETENTION

____ (1) SINCE THE INMATE HAS REQUESTED ADMISSION FOR PROTECTION

I HEREBY REQUEST PLACEMENT IN ADMINISTRATIVE DETENTION FOR MY OWN PROTECTION.

INMATE SIGNATURE/REGISTER NO.: ________ / ________

STAFF WITNESS PRINTED NAME/SIGNATURE: ________ / ________

____ (2) SINCE A SERIOUS THREAT EXISTS TO INDIVIDUAL'S SAFETY AS PERCEIVED BY STAFF, ALTHOUGH PERSON HAS NOT REQUESTED ADMISSION; REFERRAL OF THE NECESSARY INFORMATION WILL BE FORWARDED TO THE UDC/DHO FOR APPROPRIATE HEARING.

____ (E) IS PENDING TRANSFER OR IS IN HOLDOVER STATUS DURING TRANSFER.
____ (F) IS PENDING CLASSIFICATION; (PENDING CAPTAIN'S REVIEW)
____ (G) IS TERMINATING CONFINEMENT IN DISCIPLINARY SEGREGATION AND HAS BEEN ORDERED INTO ADMINISTRATIVE DETENTION BY THE WARDEN'S DESIGNEE.

IT IS THIS OFFICER'S DECISION BASED ON ALL THE CIRCUMSTANCES THAT THE ABOVE NAMED INMATE'S CONTINUED PRESENCE IN THE GENERAL POPULATION POSES A SERIOUS THREAT TO LIFE, PROPERTY, SELF, STAFF, OTHER INMATES, OR TO THE SECURITY OR ORDERLY RUNNING OF THE INSTITUTION BECAUSE*

Inmate Gooding, #15155-074, you are being placed in the Special Housing Unit, pending a threat assessment.

THEREFORE, THE ABOVE NAMED INMATE IS TO BE PLACED IN ADMINISTRATIVE DETENTION UNTIL FURTHER NOTICE. THE INMATE RECEIVED A COPY OF THIS ORDER ON (DATE / TIME) April 20, 2006 /2:30 PM

STAFF WITNESS SIGNATURE/PRINTED NAME ________ /Lt. Lara DATE: April 20, 2006

*IN THE CASE OF DHO ACTION, REFERENCE TO THAT ORDER IS SUFFICIENT. IN OTHER CASES, THE OFFICER WILL MAKE AN INDEPENDENT REVIEW AND DECISION, WHICH IS DOCUMENTED HERE.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status);
Copy - Captain;
Copy - Operation Supervisor - Administrative Detention Unit;
Copy - Unit Manager;
Copy - Central File
(This form may be replicated via WP)
Replaces BP-308(52) of JAN 88

SF-95

Wesely Thixton

TORT FOR INJURY

ON OR ABOUT 1 FEB 2006, MOVANT WAS YELLED AT BY DETAIL SUPERVISOR AT UNICOR(FEDERAL PRISON INDUSTRIES), ALONG WITH GENE AIELLO FOR COMPLAINING TO HEALTH SERVICES ABOUT THE HORSEPLAY, SEXUAL MISCONDUCT AND RACIAL SLURS WHICH WERE GOING ON IN MOVANTS WORKPLACE. THIS WAS IN VIOLATION OF MOVANTS PROTECTED LIBERTY INTERESTS AND CONSTITUTIONAL RIGHTS OF CONFIDENTIALITY BETWEEN PATIENT AND HEALTH CARE PROVIDER. THIS INCIDENT CAUSED MOVANTS BLOOD PRESSURE TO INCREASE AND TREATMENT ENSUED. THIS ALSO CAUSED MOVANT TO TERMINATE TREATMENT OF CONDITION DUE TO THE UNTRUSTWORTHINESS OF THE HEALTH SERVICES DEPT. THIS WAS ALSO A DENIAL OF ADEQUATE HEALTH CARE AND ACCESS TO HEALTH CARE IN VIOLATION OF MOVANTS RIGHTS.

ON OR ABOUT 21/MAR/2006, DETAIL SUPERVISOR WESELY THIXTON SLAMMED A STICK ON A TABLE ENGAGING IN HORSEPLAY WITH ANOTHER INMATE WHILE MOVANT WAS STANDING NEXT TO THE INTENDED INMATE. MOVANTS RIGHTS WERE VIOLATED WHICH REQUIRES AN INMATE TO BE FREE FROM A DANGEROUS WORK ENVIRONMENT. MOVANT HAD TO RECEIVE TREATMENT FOR A NERVOUS DISORDER DUE TO FRIGHT RECEIVED FROM INCIDENT.

ON OR ABOUT APRIL 19, 2006, DETAIL SUPERVISOR WESELY THIXTON, SWUNG HIS HAND IN THE MOVANTS FACE CAUSING MOVANT TO HAVE TO MOVE BACKWARS TO AVOID HIS HAND, THEREBY CAUSING MOVANT TO BE INJURED. MOVANT RECIEVED A NECK INJURY DUE TO THE ASSAULT BY DETAIL SUPERVISOR WESELY THIXTON. MOVANTS RIGHTS WERE VIOLATED AND MOVANT WAS ASAULTED AND MOVANT HAD A PROTECTED LIBERTY INTEREST TO BE FREE FROM AN HOSTILE WORK ENVIRONMENT.

ON OR ABOUT 20 APRIL 2006, DETAIL SUPERVISOR CAME TO MOVANTS LIVING QUARTERS WHILE MOVANT WAS IN BED AND THREATENED INMATE AS HE BEGAN TO YELL AND SCREAM. MOVANT HAD TO RECEIVE MEDICAL TREATMENT DUE TO MOVANTS ELEVATED BLOOD PRESSURE. LATER ON IN THE SAME DAY DETAIL SUPERVISOR AND OTHER OFFICERS CONSPIRED TO VIOLATE MOVANTS CONSTITUTIONAL RIGHTS EVEN FURTHER BY PLACING MOVANT IN ADMINSTRATIVE SEGREGATION. MOVANTS HAD A PROTECTED LIBERTY IN

BEING ON THE COMPOUND AS OPPOSED TO BEING IN SEGREGATION. NO EXPLAINATION WAS GIVEN TO MOVANT AS TO WHY MOVANT WAS PLACED IN SEGREGATION AND NO-OFFICER COULD GIVE ME A REASON.

THEN, AGAIN, ON 20 OCT 2006, OFFICERS IN COHOOTS WITH DETAIL SUPERVISOR, PLACED CONSPIRED AGAIN AND PLACED MOVANT IN ADMINISTRATIVE SEGREGATION AGAIN.

MOVANT RECEIVED EMOTIONAL, PHYSICAL, MENTAL, AND PSYCHOLOGICAL INJURIES AS A RESULT OF THE UNCONTITUTIONAL CONDUCT OF THE DETAIL OFFICER AND SUPERVISOR WESELY THIXTON AND MOVANT WILL HAVE TO RECEIVE FUTURE CORRECTIVE TREATMENT AND PALLAITIVES.

**ADDED AND AMENDED**

1a. OFFICER THIXTON ALONG WITH OTHER STAFF, FAILED TO REPORT THE ACCIDENT TO THE HOSPITAL AT TIME OF ITS OCCURENCE IN ORDER TO ENSURE ADEQUATE TREATMEN WOULD BE ADMINISTERED TO MOVANT, WHICH CAUSED MOVANT TO ADVERSELY AFFECTED BY INJURY TO MOVANTS NECK AND BACK.

1b. OFFICER THIXTON FAILED TO NOTIFY HIS SUPERIORS PROMPTLY BY FILLING OUT A ACCIDENT FORM WHICH CAUSED MOVANT TO BE ADVERSELY AFFECTED BY FAILURE TO PROVIDE MOVANT WITH DUE PROCESS. MOVANT COULD NOT SEEK WORKMANS COMPENSATION DUE TO NOT BEING PROVIDED WITH AN ACCIDENT REPORT. MOVANT HAS BEEN DENIED A CORRECTIVE PROCESS TO SECURE PAYMENT WHILE OUT OF WORK BY THE INMATE ACCIDENT COMPENSATION ACT WHICH REQUIRES THAT AN ACCIDENT REPORT BE FILLED OUT BEFORE COMPENSATION CAN BE GRANTED.

1c. OFFICER THIXTON, VIOLATED MOVANTS RIGHTS AND CAUSED MOVANT TO BE ADVERSELY AFFECTED EVEN MORE BY NOT ALLOWING MOVANT TO GO TO THE HOSPITAL AT THE TIME OF THE ACCIDENT. MOVANT WAS TOLD BY OFFICER THIXTON AND HIS SUPERIORS, THAT MOVANT WOULD HAVE TO WAIT UNTIL TWO DAYS LATER CAUSING MOVANT'S INJURY TO GO UNTREATED FOR TWO DAYS. SEE ATTACHED COP - OUT.

1d. OFFICER THIXTON IN IS VIOLATION OF DELIBERATE DUE TOT THE FACT THAT OFFCIER THIXTON STATED THAT HE DID NOT CARE ABOUT MY HIGH BLOOD PRESSURE. SEE ATTACHMENT.

1e. OFFICER THIXON USED EXCESSIVE FORCE BY CONSPIRING WITH OHTER OFFICERS WHO PLACED MOVANT IN ADMINISTRATIVE SEGREGATION WITHOU JUST CAUSE.

MOVANT STATES THAT OFFICER THIXTON IS RESPONSIBLE FOR NUMEROUS STATE LAW CONSTITUTIONAL INFRACTIONS AS WELL AS FEDERAL INFRACTIONS, SUCH AS: ASSAULT AND BATTERY, ASSAULT BY FRIGHT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENCE, INVASION OF PRIVACY, BREACH OF DUTY, HOSTILE ENVIRONMENT, DISPARATE TREATMENT, TRESPASS, FALSE IMPRISONMENT, DUE PROCESS, DENIAL OF ADEQUATE MEDICAL CARE, DENIAL OF ACCESS TO MEDICAL CARE, RETALIATION, DELIBERATE INDIFFERENCE, UNAUTHORIZED RELEASE OF CONFIDENTIAL INFORMATION, EXCESSIVE FORCE AND MUCH MORE.

SF-95 ATTACHMENT FOR WESELY THIXTON

SEE MEDICXAL REPORTS AND COP-OUTS ATTACHED AND LOSS OF EDUCATIONAL BENEFITS IN WHICH WESELY THIXTON WAS ALSO RESPONSIBLE FOR. MOVANT WAS PURSUIING A 2 YEAR ASSOCIATES DEGREE IN BUSINESS WHEN DEFENDANT AND OTHER STAFF CONSPIRED TO VIOLATE MOVANTS CONSTITUTIONAL RIGHTS.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Mr. Huffman [illegible] | DATE: 19 Apr [illegible] |
|---|---|
| FROM: [illegible] | REGISTER NO.: [illegible] |
| WORK ASSIGNMENT: [illegible] | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

[illegible] Back [illegible] Mr. Walker [illegible] on Apr 18, [illegible] I asked the Asst [illegible] Manager [illegible] that I wanted to speak to him.

(Do not write below this line)

DISPOSITION: [illegible]

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4-20-06 | S. Lt Lane refer this inmate to HSU |
| 1115 | Pt relates been anxious since this |
| NKA[illegible] | morning after have a confrontation |
| S/C | verbally with a staff member at the |
| | unit. Requesting to be put back in |
| | his anxiety meds. |
| | O. Pt looks well ambulating oriented |
| | Not [illegible] very [illegible] |
| | BP 160/115 P70 R16 |
| | A Hx of Anxiety (Consulted with Dr [illegible]) |
| | +HTN |
| | P- Restart Doxepin 50mg caps take one cap orally (one cap given stat) at pill line for anxiety x 3 month #30 |
| | : Pt has been instructed to take his HTN meds |
| | Clonidine and go back to rest and relax |
| | at his dorm. |
| | S/C or E/C if symptoms persist or get worse |
| | S/C PRN |

PATIENT EDUCATION PROVIDED VIA: VERBAL WRITTEN

YES ✓ 4/20/06 NO

COUNSELING

SIGNATURE [signature]

J. Alvarez
Physician Assistant
FCI Big Spring
[signature]

WILLIAM SAGER PH
CHIEF [illegible] OFFICER
FCI BIG SPRING [initials]

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

Gooding James
15158-077

FCI BIG SPRING
1900 SIMLER AVENUE
BIG SPRING, TEXAS 79720

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

1. Institution: Big Spring Tx
2. Name of Injured: Gooding James
3. Register Number: 15155-074
4. Injured's Duty Assignment: Unicor
5. Housing Assignment: SS
6. Date and Time of Injury: 4-18-06 1130
7. Where Did Injury Happen (*Be specific as to location*): Unicor Cable 9
Work Related? ☑ Yes ☐ No
8. Date and Time Reported for Treatment: 4-19-06 1145

9. Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

I came in from Lunch & Mr. Thixton Told me to sign a work Performance & I Told him that I didn't agree & he became upset & Turned toward me suddenly & put his hand in My My face very close & I Jerked my Head Backwards to Avoid His hand And I felt A Crack.

Signature of Patient

10. Objective: (*Observations or Findings from Examination*)
X-Rays Taken ____ Not Indicated ✓
X-Ray Results requested at this time

Looks well ambulatory [illegible] NAD
Cervical area tenderness ROM diminished

11. Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)

Cervical Muscle Sprain

12. Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

Indomethacin 25mg take ÏÏ caps orally x 7day for pain #28 3x daily
Cervical X Ray requested for further evaluation
S/C PRN [illegible] Quarters for 2 days

13. This Injury Required:

- ☐ a. No Medical Attention
- ☑ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (*explain*)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

Physician Assistant

Signature of Physician or Physician Assistant

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original – Medical File
Canary – Safety
Pink – Work Supervisor (*Work related only*)
Goldenrod – Correctional Supervisor



USP LVN

Printed on Recycled Paper

BP-362(60)

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) [illegible] | DATE: Dec [illegible] |
|---|---|
| FROM: [illegible] | REGISTER NO.: [illegible] |
| WORK ASSIGNMENT: [illegible] | UNIT: [illegible] |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Thank you

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)



This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



Printed on Recycled Paper

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) Medical Service | DATE: 3 Jan 05 |
| FROM: James Gooding | REGISTER NO.: 15155-074 |
| WORK ASSIGNMENT: Unicor CBL-9 | UNIT: SS-R1-33-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Today, Again, I was Yelled AT By My Supervisor Mr. Thixton. All the Inmates Go thru this regularly. I got Anxiety & My Blood Pressure increased. Mr. Thixton stated that He didn't Care About Temperature. I got So Mad I started Talking to myself & Then I Started Answering myself. I've made Sick Call Already and I've tried Psychology prior to this incident. What Do I do Now!

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Health Svc's Director | DATE: Feb 1, 2006 |
|---|---|
| FROM: Jamey Gooding | REGISTER NO.: 15155-074 |
| WORK ASSIGNMENT: Unicor | UNIT: Sunset 501-233L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On or About Jan 12, 2006 I was Pulled into the office By Mr. Gene Aiello & Mr. Thixton and was Asked Numerous Questions About why I Told Health Services that I was Complaining of Mr. Thixton's Yelling AT ME. I thought that when the PA & I were Discussing Possible Reason's for my Panic attack's that; that was Confidential. Please give to me the Policy that STATES that you Can Share My Personal Medical Problem's with the Federal Prison Industries, which Causes me to Be Questioned every time I try to get Help From Health Sevices, Being adversely Affected. 1st Request

(Do not write below this line)

DISPOSITION:

Staff have been cautioned

| Signature Staff Member [signature] | Date 2-24-06 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Ms. Spica | DATE: 21 Mar 06 |
|---|---|
| FROM: Gooding James | REGISTER NO.: 15155-074 |
| WORK ASSIGNMENT: Unicor | UNIT: ~~Sunset~~ SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On or About Mar 16. My Supervisor Mr. Thurston was behind Another Inmate horseplaying & Took A 2 x 4 and slammed it on the Table. I jumped Because I didn't Know what was going on. I began having anxiety again. I Noticed today that I began having a Nervous Twitch in my Left Eye. I began Counting and the Twitch happens every Minute & 10 Seconds. Please Let me Know when Can you see me.

Thank You

(Do not write below this line)

DISPOSITION: Sick call

[signature] 3-27-06

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

I was given the opportunity to take more Courses by Howard College But I did Refuse to take Anymore Course's because I was placed in Segregation for no fault of my own and I am Afraid that this will Continue and may Be with drawn.

[signature]

12 Jan 06

School [illegible]